■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND KEITH, Appellant. (Appeal No. 1.) [847 NYS2d 878]— Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered May 24, 2006. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND KEITH, Appellant. (Appeal No. 2.) [847 NYS2d 893]— Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered May 24, 2006. The judgment convicted defendant, upon his plea of guilty, of felony driving while intoxicated and aggravated unlicensed operation of a motor vehicle in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Smith, Fahey and Pine, JJ.